# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROLAND TURK, : | CIVIL ACTION |
|     Plaintiff, : | |
| : | NO. 09-CV-6181 |
| v. : | |
| : | |
| SALISBURY BEHAVIORAL HEALTH, : | |
| INC., SALISBURY MANAGEMENT, : | |
| INC., and PAUL VOLOSOV, : | |
|     Defendants. : | |

## O R D E R

**AND NOW**, this 27th day of April, 2010, upon consideration of Defendants' Motion to Dismiss Amended Complaint (Document No. 7, filed March 15, 2010), and Plaintiff's Memorandum of Law in Opposition to the Defendants' Motion to Dismiss the Plaintiff's First Amended Complaint (Document No. 8, filed March 30, 2010), for the reasons set forth in the Memorandum dated April 27, 2010, **IT IS ORDERED** that:

1. That part of defendants' motion which seeks a dismissal of Counts I and II against Paul Volosov is **GRANTED WITH PREJUDICE**;

2. That part of defendants' motion which seeks a dismissal of Counts I and II against Salisbury Management, Inc. is **DENIED**;

3. That part of defendants' motion which seeks a dismissal of Count IV is **GRANTED WITHOUT PREJUDICE** to plaintiff's right to file a second amended complaint within twenty days, if warranted by the facts;

4. That part of defendants' motion which seeks a dismissal of Count VI is **GRANTED WITHOUT PREJUDICE** to plaintiff's right to file a second amended complaint within twenty days, if warranted by the facts.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course**.**

                                                  **BY THE COURT:**

                                                    **/s/ Jan E. DuBois**
                                                  **JAN E. DUBOIS, J.**